**Order entered May 23, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00289-CR

**LEONARD MORNES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1575949-S**

## ORDER

Appellant's May 21, 2018 motion to extend the time for filing a reply brief is **GRANTED**. Appellant's reply brief, received on May 17, 2018, is **ORDERED** filed as of the date of this order.

/s/    DAVID L. BRIDGES
PRESIDING JUSTICE